**HACH ROSE SCHIRRIPA**
**& CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213-8311

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY TANSKI, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>    -against-<br><br>AVALONBAY COMMUNITIES, INC.,<br><br>    Defendant. | **Civil No. 15-cv-06260(LDW)(AKT)** |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval") and the Declaration of Frank R. Schirripa ("Schirripa Decl.") in Support of Plaintiffs' Motion for Preliminary Approval, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement");[1]

---

[1] A true and correct copy of the Settlement Agreement has been submitted directly to the Court.

(2) certifying the proposed class for settlement purposes;

(3) appointing Hach Rose Schirripa & Cheverie, LLP ("HRS&C") ("Plaintiffs' Counsel") as Class Counsel;

(4) approving the proposed Notice of Class Action Settlement, Schirripa Decl. Ex. A; and

(5) granting such other, further, or different relief as the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, annexed hereto as **Exhibit A**, for the Court's convenience.

Dated: New York, New York
       June 1, 2018

Respectfully submitted,

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

By: ___/s/ Frank R. Schirripa_____
    Frank R. Schirripa
    John A. Blyth
    112 Madison Avenue, 10th Floor
    New York, NY 10016
    Telephone: (212) 213-8311
    Facsimile: (212) 779-0028

*Counsel for Plaintiffs and Putative
Collective and Class*