**HACH ROSE SCHIRRIPA**
**& CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213-8311

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY TANSKI, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AVALONBAY COMMUNITIES, INC.,<br><br>Defendant. | Civil No. 15-cv-06260(LDW)(AKT) |

## NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS
## AND APPROVAL OF SERVICE AWARD

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees and Costs and Approval of Service Award, along with the supporting Declaration of Frank R. Schirripa, and the exhibits attached thereto, Plaintiffs' respectfully request that the Court enter an Order:

(1)   awarding Class Counsel attorneys' fees in the amount of $99,833.33;

(2)   reimbursing Class Counsel's litigation costs in the amount of $4,632.18; and

(3)   for services rendered on behalf of the Lawsuit and Class Members, Named Plaintiff Timothy Tanski shall be awarded $5,000.00. This service awards is in addition to any settlement amount Plaintiff Tanski is eligible to receive pursuant to the Agreement as members of the Rule 23 Class and FLSA Collective.

An omnibus Proposed Order regarding (1) Plaintiffs' Motion for Final Approval (Dkt. No 93), and (2) Plaintiffs' Motion for Attorneys' Fees and Costs and Approval of a Service Award has been filed with the Court. (*See* Proposed Order, Dkt. No. 93-1).

Dated: New York, New York
       July 24, 2019

                                              Respectfully submitted,

                                              **HACH ROSE SCHIRRIPA & CHEVERIE LLP**

                                              By:   */s/ Frank R. Schirripa*
                                                        Frank R. Schirripa
                                                        John A. Blyth
                                                        112 Madison Avenue, 10th Floor
                                                        New York, NY 10016
                                                        Telephone: (212) 213-8311
                                                        Facsimile: (212) 779-0028

                                                        *Counsel for Plaintiffs and Putative*
                                                        *Collective and Class*